**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOHNNY L. B.,

       Plaintiff,

v.                                                                 No. 2:26-cv-01758-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

       Defendant.

**ORDER GRANTING MOTION FOR**
**LEAVE TO PROCEED *IN FORMA PAUPERIS***

     **THIS MATTER** comes before the Court upon Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  (Doc. 2).  Having reviewed the Motion, the Court **FINDS** that Plaintiff's request is well-taken and should be **GRANTED**.

     **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, (Doc. 2), is **GRANTED**.  Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

     **IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

     **IT IS SO ORDERED** this 10th day of June, 2026.

                                       _____
                                       KEVIN R. SWEAZEA
                                       UNITED STATES MAGISTRATE JUDGE